```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 00452
    JOHN E KAMINSKI
    BECKY M KAMINSKI                          CHAPTER 13

                                              JUDGE: BRUCE W BLACK

              Debtor
    SSN XXX-XX-3991    SSN XXX-XX-4882

-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/11/07 and confirmed on 04/04/07.

    2.  The case was dismissed after confirmation, 03/14/2008.

    3.  The Debtor paid a total of $  11777.69 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 898.13 | .00 | 898.13 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 8566.85 | .00 | 2431.38 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | 5819.18 | 311.06 | 3261.04 |
| ILLINOIS TITLE LOANS | UNSECURED | 2484.25 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| AMERICAN FAMILY INSURANC | UNSECURED | NOT FILED | .00 | .00 |
| RISK MANAGEMENT ALTERNAT | UNSECURED | NOT FILED | .00 | .00 |
| BANFIELD PET HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 813.10 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 617.56 | .00 | .00 |
| COMED | UNSECURED | 3308.81 | .00 | .00 |
| DIABETES SELF CARE INC | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES CONSUMER SER | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 607.50 | .00 | .00 |
| ILLINOIS RETINA ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| JOHN HERTKO | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET DOCTORS CLINIC SC | UNSECURED | NOT FILED | .00 | .00 |
| WATER RECONDITIONING CO | UNSECURED | NOT FILED | .00 | .00 |
| **CREDITOR NAME** | **CLASS** | **CLAIM AMOUNT** | **INTEREST PAID** | **PRINCIPAL PAID** |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1305.76 | .00 | .00 |
| NEW WORLD MEDIA | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1814.05 | .00 | .00 |
| PARAGON WAY | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 655.80 | .00 | .00 |
| SAGE TELECOM | UNSECURED | 141.56 | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

```
SPRINT COMMUNICATIONS      UNSECURED       NOT FILED            .00          .00
T MOBILE USA               UNSECURED          406.13            .00          .00
AOL LONG DISTANCE          UNSECURED       NOT FILED            .00          .00
TCF BANK                   UNSECURED       NOT FILED            .00          .00
COLLECTION PROFESSIONALS   UNSECURED           53.36            .00          .00
JOHN A REED                ORIGINAL ATTO    2474.00             .00      2474.00
        Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED        OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 15284.16     2474.00     12207.88          .00     29966.04
PRINCIPAL PAID      6590.55     2474.00          .00          .00      9064.55
INTEREST PAID        311.06         .00          .00          .00       311.06
TOTAL PAID          6901.61     2474.00          .00          .00      9375.61
```

The Debtor's attorney, CHARLES R WOLF & ASSOC       , was allowed $       .00
and was paid $       .00 .

The Trustee received $    383.62 .

Refunds to the Debtor totaled $   2018.46 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 06/24/08                 /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE


                              PAGE   2
          CASE NO. 07 B 00452 JOHN E KAMINSKI & BECKY M KAMINSKI